# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARD PLAYER MEDIA, LLC, | ) |
| Plaintiff, | ) Case No. 2:09-cv-00118-RLH-GWF |
| vs. | ) **ORDER** |
| THE WATT CORP. DBA WATT MEDIA, *et. al.*, | ) |
| Defendants. | ) |

This matter is before the Court on the Stipulation and Order Regarding Staying This Matter Pending Settlement Terms (#45) filed June 28, 2010, wherein the parties advised the court that this matter had been settled. The parties stipulated to an initial lump sum payment and twelve monthly payments and anticipated a Stipulation and Order of Dismissal to be submitted in or about June, 2011. To date the parties have not filed dismissal papers. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a status report by **July 18, 2011** advising the Court of the status of the settlement.

DATED this 7th day of July, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge